**Sobieski Building and Loan Association, appellant, v. Joseph Korczewski et al., appellees.**

**Joseph Korczewski and Wanda Korczewski, appellees, v. Sobieski Building and Loan Association, appellant. Gen. No. 35,269.**

Opinion filed November 9, 1931.

Sass & Hood, for appellant. Charles P. Molthrop, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

**Joseph Wolchinovesky, appellee, v. Madison & Kedzie State Bank, appellant. Gen. No. 35,382.**

Opinion filed November 9, 1931.

Winston, Strawn & Shaw, for appellant; Harold Beacon and Harold A. Smith, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

**North Shore Park District of Cook County, Illinois et al., appellees, v. Patrick C. Winn (now deceased) et al., appellants. Gen. No. 35,329.**

Opinion filed November 12, 1931.

Louis D. David and George D. Sullivan, for appellants. Floyd E. Thompson, Henry J. Darby and Maurice T. Weinshenk, for appellees.

Mr. Justice Wilson delivered the opinion of the court.

**Citizens State Bank of Chicago, appellee, v. Martin Wierzbowski et al., defendants, on interlocutory appeal of Martin Wierzbowski, appellant. Gen. No. 35,380.**

Opinion filed November 12, 1931.

Karlin, Cohen & Karlin, for appellant. Trude & Kahane, for appellee; David W. Kahane and Martin Piepenburg, of counsel.

Mr. Justice Wilson delivered the opinion of the court.